UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARISTEO LOPEZ MORALES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., a foreign corporation; and, JOHN DOES 1-3,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00920-JHC<br><br>**ORDER RE: LCR 37 SUBMISSION REGARDING PLAINTIFF'S IN-PERSON DEPOSITION AND IMEs** |

　　　　This matter comes before the Court on the Parties' LCR 37 Submission Regarding Plaintiff's In-Person Deposition and IMEs, Dkt. # 13, and the Court having considered the LCR 37 Submission, arguments of counsel, and the pleadings and other papers filed in this action,

　　　　IT IS THEREFORE ORDERED

　　　　1.　　Plaintiff Aristeo Lopez Morales ("Plaintiff") shall appear for his deposition in person in the State of Washington, where Plaintiff filed this pending action. The Parties shall work cooperatively in good faith to have the in-person deposition completed by April 30, 2025.

　　　　2.　　Plaintiff shall appear for any Independent Medical Examinations ("IME") in person in the State of Washington. Any in-person IMEs shall be scheduled to occur within two

days after Plaintiff's in-person deposition. The Parties shall work cooperatively in good faith to have any in-person IMEs completed by April 30, 2025.

DATED this 11th day of March, 2025.

_____
John H. Chun
United States District Judge

ORDER RE: LCR 37 SUBMISSION REGARDING PLAINTIFF'S
IN-PERSON DEPOSITION AND IMEs - 2
[Case No. 2:24-cv-00920-JHC]