UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARISTEO LOPEZ MORALES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., a foreign corporation; and, JOHN DOES 1-3,<br><br>    Defendants. | Case No. 2:24-cv-00920-JHC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## **ORDER**

THIS MATTER having come before the Court upon the Stipulation of the Plaintiff Aristeo Lopez Morales and Defendant American Builders & Contractors Supply Co., Inc., Dkt. # 17, and the Court having reviewed said Stipulation and finding good cause,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by Plaintiff Aristeo Lopez Morales against Defendant American Builders & Contractors Supply Co., Inc. are to be dismissed with prejudice and without fees or costs awarded to any party.

IT IS SO ORDERED this 13th day of June, 2025.

                                                      JOHN H. CHUN
                                                    UNITED STATES DISTRICT JUDGE